Phil A. Nelson, OSB No. 013650
**phil@slindenelson.com**
SLINDE NELSON STANFORD
111 SW Fifth Avenue, Suite 1740
Portland, OR 97204
Tel:  503-417-7777
Fax:  503-417-4250
  *Of Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UPSOURCE, LLC, an Oregon limited liability company,** | **Case No.: 3:13-CV-01862-ST** |
| **Plaintiff,** | |
| **v.** | **NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS** |
| **UPSOURCE, INC., a Massachusetts corporation.** | |
| **Defendant.** | |

TO:    UPSOURCE, INC.

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above.    A copy of the complaint is attached.

This is not a summons, or an official notice from the court.    It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days *(give at least 30*

**Page 1 –  NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A
          SUMMONS**

*days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent.   Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy.   You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court.   The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you.   And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.


DATED:   October 21, 2013.

SLINDE NELSON STANFORD


By:   /s/   Phil J. Nelson
　　　Phil J. Nelson, OSB No. 013650
　　　phil@slindenelson.com
　　　　*Of Attorneys for Plaintiff*


**Page 2 –  NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A**
　　　　　**SUMMONS**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS** on:

Ms. Joan E. Chaput
502 Lamberts Cove Road
West Tisbury, MA 02575

by the following indicated method(s):

☐    by **faxing** full, true, and correct copies thereof to said attorney to the fax number noted above, which is the last known fax number for said attorney, on the date set forth below.

☒    by **emailing** full, true, and correct copies thereof to said attorney to the email address noted above, which is the last known email address for said attorney, on the date set forth below.

☐    by notice of electronic filing using the CM/ECF system (LR 100.7(a)(2)).

☒    by causing full, true and correct copies thereof to be **overnighted** to the attorney(s) or party (s) at the last-known office address(es) listed above on the date set forth below.

DATED:    October 21, 2013.

SLINDE NELSON STANFORD

By: /s/ Tanya A. Mox
       Tanya A. Mox, Paralegal to
       Phil J. Nelson, OSB No. 013650
       Email: tanya@slindenelson.com
       *Of Attorneys for Plaintiffs*

**Page 1 – CERTIFICATE OF SERVICE**